### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* )<br>Danilo Augusto Feliciano )<br>**Plaintiffs** )<br><br>v )<br><br>ROBERT KYLE ARDOIN, )<br>Louisiana Secretary of State )<br>8585 Archives Ave )<br>Baton Rouge, LA 70809 )<br><br>and )<br><br>DOMINION VOTING SYSTEMS )<br>CORPORATION, DOMINION )<br>VOTING SYSTEMS INC., and )<br>DOMINION VOTING SYSTEMS )<br>INTERNATIONAL CORPORATION )<br>410 17th St )<br>Suite 850 )<br>Denver, CO 80202 )<br>**Defendants** )<br> ) | Civil Case No. 23-3467 (CJN)<br><br>**FALSE CLAIMS ACT COMPLAINT;**<br>**FILED IN *CAMERA* UNDER SEAL**<br>**PURSUANT TO 31 U.S.C. 3730(b)(2),**<br>**and Fed. R. Civ. P. 4 (d)(4)**<br><br>**Motion to Clarifiy and/or**<br>**Reconsider Order** |

### MOTION TO CLARIFY AND/OR RECONSIDER ORDER

COMES NOW Plaintiff and *Qui Tam* Relator Danilo Augusto Feliciano, also known as DANIL EZEKIEL FAUST (hereinafter the "Advocate" or the "Relator"), on behalf of and for the benefit of the United States of America, in the above-captioned action, moves the Court to reconsider the Order in this case dated 29 July, 2024 in accordance with Federal Rule of Civil Procedure 59(e). Grounds for this motion are as follows:

**I.**

The court did not include an opinion or memorandum explaining the rationale for the order.

**II.**

**RECEIVED**

AUG 2 1 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The court did not address the arguments presented by the advocate in the *Motion to Unseal Case, Objection to Suggestion for Dismissal, and Request for a Hearing on the Motion* delivered to the court on 10 July 2024.

### III.

To not hear this case and to not properly consider the arguments would be a manifest injustice. Several hundred people have been assigned time in prison because of an event that questioned the election of 2020.[1] Yet the court, when being presented clear evidence of a violation of federal election law, silently dismisses the action before it. This is a denial of justice.

### IV.

The United States Attorney's Office is clearly aware of a violation of the law in the request to have the counts 4 and 5 dismissed *without* prejudice for itself and *with* prejudice for the advocate. This fact speaks for itself as to the merit of the claims presented by the advocate to the court.

### V.

"To no one will we sell, to no one deny or delay right or justice." Magna Carta of 1215, clause 40.

WHEREFORE, PREMISES CONSIDERED, the advocate respectfully moves this court to clarify its Order of 29 July, 2024 and/or reconsider said Order and further moves this court to issue a memorandum regarding said Order and respond to the objections of the advocate dated 10 July, 2024. Furthermore, the defendant respectfully requests a hearing on this motion at this court's earliest opportunity.

Dated: 21 August 2024

Respectfully Submitted,

Danilo Augusto Feliciano
21 Highland Drive
East Aurora, NY 14052
202-505-1841
daniloafeliciano@gmail.com
*In propria persona*

---

[1] Department of Justice, "SENTENCES IMPOSED IN CASES ARISING OUT OF THE EVENTS OF JANUARY 6, 2021", dated 12 August 2024, < https://www.justice.gov/usao-dc/media/1331746/dl?inline> accessed 21 August 2024