UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DANILO AUGUSTO FELICIANO, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT KYLE ARDOIN, *et al.*, <br><br> Defendant. | Civil Action No. 23-3467 (CJN) |

## ORDER

UPON CONSIDERATION of the relator's Motion to Clarify and/or Reconsider Order, the United States' Opposition thereto, and the record before this Court, it is this _____ day of August 2024, hereby:

ORDERED that the Motion to Clarify and/or Reconsider Order is Denied.

_____
CARL J. NICHOLS
United States District Judge