**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel* **Dañilo Augusto Feliciano** **Plaintiffs** | **Civil Case No. 1:23-cv-03467** |
| v | **FALSE CLAIMS ACT COMPLAINT;** |
| **ROBERT KYLE ARDOIN,** **Louisiana Secretary of State** | |
| and | |
| **DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS INC., and DOMINION VOTING SYSTEMS INTERNATIONAL CORPORATION** **Defendants** | **MOTION IN LIMINE TO ADMIT EVIDENCE** |

## MOTION IN LIMINE TO ADMIT EVIDENCE

**NOW COMES** Dañilo Augusto Feliciano, also known as DANIL EZEKIEL FAUST (hereinafter the "Advocate" or the "*Qui Tam* Relator"), as one of the people of the United States, does hereby in this court of record individually and on behalf of and for the benefit of the United States of America submit to the Court this *Motion in Limine To Admit Evidence* in accordance with Rule 36 of the Federal Rules of Civil Procedure.

1. On 21 August 2024, the advocate submitted a *Motion to Clarify And/Or Reconsider Order* to the court requesting that the order of 29 July 2024 be reconsidered.
2. The advocate was not in possession of correspondence from Shanika Olinde on behalf of the Louisiana Secretary of State, regarding a 4 January 2024 Help America Vote Act Complaint. **[Exhibit 1]**
3. The correspondence denied a request for an investigation based upon the fact that there were no "federal elections scheduled" and the Help America Vote Act did not apply.

RECEIVED

SEP 0 4 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

4. The correspondence neglects the requirements of 52 U.S.C. § 21081 (a)(2)(B)(iii) "The paper record produced under subparagraph (A) shall be available as an official record for any recount conducted with respect to ***any*** election in which the system is used." (emphasis added)
5. The advocate sent in a Help America Vote Act complaint to the Louisiana Secretary of State, in the 4 January 2024 complaint **[Exhibit 2]** and two-page explanation of the nature of the complaint **[Exhibit 3].** Specifically, that recounts of all elections conducted were to include the permanent paper records produced by the Dominion Imagecast X and the Sequoia AVC Advantage.
6. The advocate sent in a second Help America Vote Act complaint to the Louisiana Secretary of State on 17 January 2024. The complaint was the same, merely a change to reflect the name of the new Louisiana Secretary of State. **[Exhibit 4]**
7. The advocate hereby requests that these documents be including as new information necessary in reconsidering the Order of the court dated 29 July 2024.

**PRAYER**

WHEREFORE, the Advocate respectfully prays the court includes all exhibits in the official record and in the reconsideration of the 29 July 2024 Order, and such other relief, as the court may deem appropriate.

Dated: 4 September 2024

Respectfully Submitted,

Danilo Augusto Feliciano
1313 New York Ave NW
Basement
Washington, D.C. 20005
202-505-1841
daniloafeliciano@gmail.com