EXHIBIT 1

POINTE COUPEE PARISH
Registrar of Voters

July 23, 2024

Danilo Augusto Feliciano

P.O. Box 34531

Washington, DC 20043

Dear Mr. Feliciano:

I have been designated by the Honorable Nancy Landry, Louisiana Secretary of State, in my capacity as a member of the Louisiana State Board of Election Supervisors, to review your Help America Vote Act Complaint dated January 4, 2024.

The core allegation of this complaint is that a permanent paper record was not used for either the October 19, 2023 Livingston Parish recount or the November 27, 2023 Caddo Parish recount. There were no federal elections scheduled for October or November of 2023. Your complaint specifically refers to two local elections. With counsel from our legal division, I am of the opinion that because there were no federal elections scheduled for October or November of 2023, this complaint is not alleging a violation with regard to a federal election.

In your memorandum attached to the complaint, you assert that "federal law does not specify that the permanent paper record is necessary in only federal elections," however pursuant to 52 U.S.C. 21081(a), the requirements identified for voting systems are explicitly for those systems "used in an election for Federal Office."

As designee of the Secretary of State, I am rejecting your complaint pursuant to La. R.S. 18:567.3(A), for failure to allege a violation of Title III with regard to a federal election.

Sincerely,

Shanika Olinde

Honorable Shanika Olinde
Pointe Coupee Registrar of Voters
La. State Board of Election Supervisor Member

1919 Hospital Road Ste 1 | P.O. Box 520 | New Roads, LA 70760
Phone: 225.638.5537 | Fax: 225.638.5545

EXHIBIT 2

# HELP AMERICA VOTE ACT (HAVA) COMPLAINT FORM

(For filing complaints alleging possible violations of HAVA Title III in Federal Elections; per R.S.18:567.2(D), form must be filed with the Secretary of State within ninety (90) days after the final certification of the federal election)

1. Complaint filed by:

| DANIL EZEKIEL FAUST | PO Box 34531 Washington DC 20043 | 202-505-1841 |
|---|---|---|
| Name of Complainant | Address of Complainant | Telephone number of Complainant |

2. Complaint filed against:

| ROBERT KYLE ARDOIN | 8585 Archives Ave, Baton Rouge, LA 70809 | 225-922-2880 |
|---|---|---|
| Name(s) of Respondent(s) | Address(es) of Respondent(s) | Telephone number(s) of Respondent(s) |

3. Allegation(s): Include specific information as to what, where, by whom, how, why and when, as applicable. **Note:** attach any appropriate documentation and/or evidence.

There have been multiple recounts conducted in Louisiana in the past 90 days that violate Title III of the Help America Vote Act, Section 301 (a)(2)(B)(i) and 301 (a)(2)(B)(iii). Specifically, the requirement that there be a permanent paper record for use in any recount conducted. These are the 10/19/2023 Livingston Parish and the 11/27/2023 Caddo Parish recounts.

(For additional space, use the reverse side of this form)

## Affidavit of Complainant

(including information on both sides of this form and any attachments)

State of Louisiana, Parish of ______________________________:

By signing this document, I hereby state that all information provided by me on this form and in the attached statement is true to the best of my knowledge.

X__________________________________________
(Signature of Complainant)

Sworn to and subscribed before me on the _________ day of ______________________, _______.

________________________________________
(Signature of Notary Public)

________________________________________
(Printed name of Notary Public and Notary Public ID No. or Bar Roll No.)

**INSTRUCTIONS: This complaint form must be filed within ninety days after the final certification of the federal election. After this form is completed and notarized, file the form and any attachments with: Secretary of State Elections Division, P. O. Box 94125, Baton Rouge, LA 70804-9125; and mail or deliver a copy of the complaint to each respondent listed in #2 above. For instructions or questions, call 1-800-883-2805.**

##########################################################################################

Office Use Only: Complaint No. _________ Date Received _________ Date Acknowledged _________

EXHIBIT 3

## ATTACHED MEMORANDUM OF VIOLATIONS OF HAVA

Please note that there have been multiple violations of the Help America Vote Act in the state of Louisiana within the past 90 days.

**WHEREAS**, TITLE IV of the Help America Vote Act of 2002 states in Section 402 entitled "Establishment of State-Based Administrative Complaint Procedures to Remedy Grievances" the following:

(1) ESTABLISHMENT OF PROCEDURES AS CONDITION OF RECEIVING FUNDS. — If a State receives any payment under a program under this Act, the State shall be required to establish and maintain State-based administrative complaint procedures which meet the requirements of paragraph (2).

(2) REQUIREMENTS FOR PROCEDURES. — The requirements of this paragraph are as follows:

(A) The procedures shall be uniform and nondiscriminatory.

(B) Under the procedures, any person who believes that **there is a violation of any provision of title III (including a violation which has occurred, is occurring, or is about to occur) may file a complaint**.

(C) Any complaint filed under the procedures shall be in writing and notarized, and signed and sworn by the person filing the complaint.

(D) The State may consolidate complaints filed under subparagraph (B).

(E) At the request of the complainant, there shall be a hearing on the record.

(F) If, under the procedures, the State determines that there is a violation of any provision of title III, the State shall provide the appropriate remedy.

(G) If, under the procedures, the State determines that there is no violation, the State shall dismiss the complaint and publish the results of the procedures.

(H) The State shall make a final determination with respect to a complaint prior to the expiration of the 90-day period which begins on the date the complaint is filed, unless the complainant consents to a longer period for making such a determination.

(I) If the State fails to meet the deadline applicable under subparagraph (H), the complaint shall be resolved within 60 days under alternative dispute resolution procedures established for purposes of this section. The record and other materials from any proceedings conducted under the complaint procedures established under this section shall be made available for use under the alternative dispute resolution procedures.

**WHEREAS**, TITLE III of the Help America Vote Act of 2002 Section 301 (a)(2)(B)(iii) states (also known as 52 USC 21081 (a)(2)(B)(iii)):

SEC. 301. VOTING SYSTEMS STANDARDS.

(a) REQUIREMENTS. — Each voting system used in an election for Federal office shall meet the following requirements:

(2) AUDIT CAPACITY.—

(A) IN GENERAL. — The voting system shall produce a record with an audit capacity for such system

(B) MANUAL AUDIT CAPACITY.—

(iii) The paper record produced under subparagraph (A) shall be available as an official record for any recount conducted **with respect to any election in which the system is used.**

**WHEREAS**, LA Rev Stat § 18:567.2 (2022) states:

A. Any person who believes that there is a violation by any state or local election official of any provision of Title III may file a complaint, including a violation which has occurred, is occurring, or is about to occur. **The complaint procedures set forth in this Subpart are limited to allegations of violations of Title III in a federal election**.

**WHEREAS**, there is a conflict in the Louisiana Revised Statutes and the requirements of the federal procedures outlined in the Help America Vote Act of 2002. Specifically, there is the requirement that there be a permanent paper record to be used in **ANY** recount with respect to **ANY** election in order for the State of Louisiana to be compliant with Title III. Secretary of State Robert Kyle Ardoin stated that Louisiana was compliant with Title III in 2018, 2020, and 2022.

**WHEREAS**, the federal law does not specify that the permanent paper record is necessary in only federal elections, but ANY election in contrast to the complaint form provided by the state of Louisiana and LA Rev Stat § 18:567 (2022).

**WHEREAS** on 19 October 2023, there was a recount that took place in Livingston Parish for the Sheriff election. While there were 35,201 votes were cast, the recount only involved 2,140 absentee ballots. This is a violation of the Help America Vote Act.

**WHEREAS**, on 27 November 2023, there was a recount that took place in Caddo Parish for the Sheriff election. While 43,241 votes were cast in the election, only 15,276 were cast by absentee ballot and are able to be individually verified. This is a violation of the Help America Vote Act.

**WHEREAS**, there are only two voting systems used in the state of Louisiana for both federal and state elections, the AVC Advantage produced by Sequoia (now Dominion Voting Systems) used on election day and the Imagecast X produced by Dominion Voting Systems used in early voting. Neither produce the permanent paper record required by HAVA. This is a violation of the Help America Vote Act, but not a violation of LA Rev Stat § 18:158 (2022).

**WHEREAS**, please take notice of these violations and that the complainant will be filing a request for review with the State Board of Election Supervisors within 10 days.

Sincerely,

Danil Ezekiel Faust
Aka Danilo Augusto Feliciano
PO Box 34531
Washington, DC 20043

EXHIBIT 4

# HELP AMERICA VOTE ACT (HAVA) COMPLAINT FORM

(For filing complaints alleging possible violations of HAVA Title III in Federal Elections; per R.S.18:567.2(D), form must be filed with the Secretary of State within ninety (90) days after the final certification of the federal election)

1. Complaint filed by:

| Name of Complainant | Address of Complainant | Telephone number of Complainant |
| --- | --- | --- |
| DANIL EZEKIEL FAUST | PO Box 34531, Washington DC 20043 | 202-505-1841 |

2. Complaint filed against:

| Name(s) of Respondent(s) | Address(es) of Respondent(s) | Telephone number(s) of Respondent(s) |
| --- | --- | --- |
| NANCY RUTH LANDRY | 8585 Archives Ave, Baton Rouge 70809 | 225-922-2880 |

3. Allegation(s): Include specific information as to what, where, by whom, how, why and when, as applicable. **Note:** attach any appropriate documentation and/or evidence.

There have been multiple recounts conducted in Louisiana within the past 90 days that violate Title III of the Help America Vote Act, Section 301 (a)(2)(B)(i) and 301 (a)(2)(B)(iii). Specifically the requirement that there be a permanent paper record for use in any recount conducted These are the 10/19/2023 Livingston Parish and the 11/27/2023 Caddo Parish recounts.

(For additional space, use the reverse side of this form)

## Affidavit of Complainant

(including information on both sides of this form and any attachments)

By signing this document, I hereby state that all information provided by me on this form and in the attached statement is true to the best of my knowledge.

X ______________________
(Signature of Complainant)

Sworn to and subscribed before me on the 17 day of Jan, 2024.

______________________
(Signature of Notary Public)

______________________
(Printed name of Notary Public and Notary Public ID No. or Bar Roll No.)

Lonell M. Edwards
Notary Public, District of Columbia
My Commission Expires 10/31/2026

LONELL M. EDWARDS NOTARY PUBLIC DISTRICT OF COLUMBIA MY COMMISSION EXPIRES 10/31/2026

**INSTRUCTIONS: This complaint form must be filed within ninety days after the final certification of the federal election. After this form is completed and notarized, file the form and any attachments with: Secretary of State Elections Division, P. O. Box 94125, Baton Rouge, LA 70804-9125; and mail or deliver a copy of the complaint to each respondent listed in #2 above. For instructions or questions, call 1-800-883-2805.**

Office Use Only: Complaint No. ________ Date Received ________ Date Acknowledged ________



Prepared and Provided by the Secretary of State
Approved by the Attorney General

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel* **Dañilo Augusto Feliciano** **Plaintiffs** | **Civil Case No. 1:23-cv-03467** |
| v | |
| **ROBERT KYLE ARDOIN,** **Louisiana Secretary of State** | **FALSE CLAIMS ACT COMPLAINT;** |
| and | |
| **DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS INC., and DOMINION VOTING SYSTEMS INTERNATIONAL CORPORATION** **Defendants** | **ORDER TO RECONSIDER** |

**ORDER TO RECONSIDER**

UPON CONSIDERATION of relator Dañilo Augusto Feliciano's *Motion to Clarify and/or Reconsider Order* having been made on 21 July 2024, and with further consideration of the *Motion in Limine to Admit Evidence* with exhibits filed on 4 September 2024, this Court finds that the requested motions are proper and the case should be reconsidered in light of the argument and new evidence.

Therefore, it is hereby:

ORDERED that the case be reconsidered

Dated: ___ September 2024

_______________________
CARL J. NICHOLS
United States District Judge

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ***ex rel*** **Dañilo Augusto Feliciano Plaintiffs** | ) | **Civil Case No. 1:23-cv-03467** |
| **v** | ) | |
| **ROBERT KYLE ARDOIN, Louisiana Secretary of State** | ) | **FALSE CLAIMS ACT COMPLAINT;** |
| and | ) | |
| **DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS INC., and DOMINION VOTING SYSTEMS INTERNATIONAL CORPORATION Defendants** | ) | **ORDER TO RECONSIDER** |

**ORDER TO ADMIT EVIDENCE**

UPON CONSIDERATION of the United States of America's *Motion in Limine to Admit Evidence* with exhibits filed on 4 September 2024 by the relator Danilo Augusto Feliciano, this Court finds that the requested motion is proper and the new evidence be admitted.

Therefore, it is hereby:

ORDERED that the exhibits be admitted.

Dated: ___ September 2024

______________________
CARL J. NICHOLS
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of September 2024, an *Address Change Request* and a *Motion in Limine to Include Evidence* for Civil Case No. 1:23-cv-03467 was served by hand to:

Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Ave, NW, Room 1225
Washington, DC 20001

and by electronic mail to:

Jonathan H. Gold
Trial Attorney
United States Department of Justice
Civil Division, Fraud Section
Jonathan.Gold@usdoj.gov

And

Darrell Valdez
Assistant United States Attorney
ACE and Health Care Fraud Enforcement Coordinator
United States Attorney's Office
Darrell.Valdez@usdoj.gov

Respectfully submitted,

Dañilo Augusto Feliciano
1313 New York Ave NW
Basement
Washington, D.C. 20005
202-505-1841
daniloafeliciano@gmail.com
*in propria persona*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Danilo Augusto Feliciano**<br>**Appellant**<br><br>**v**<br><br>**ROBERT KYLE ARDOIN,**<br>**Louisiana Secretary of State**<br><br>and<br><br>**DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS INC., and DOMINION VOTING SYSTEMS INTERNATIONAL CORPORATION**<br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Case No. 1:23-cv-03467**<br><br>**FALSE CLAIMS ACT COMPLAINT**<br><br>**ADDRESS CHANGE REQUEST** |

**ADDRESS CHANGE REQUEST**

PLEASE TAKE NOTICE that Appellant Danilo Augusto Feliciano, also known as DANIL EZEKIEL FAUST (hereinafter the "Advocate"), requests that the court please update the record in this case to reflect my new mailing address. I am the petitioner in the above entitled matter.

My OLD address was:

21 Highland Dr
East Aurora, NY 14052

My NEW address is:

1313 New York Ave NW
Basement
Washington, D.C. 20005

RECEIVED
SEP 04 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dated: 4 September 2024

Respectfully Submitted,

Danilo Augusto Feliciano
1313 New York Ave NW
Basement
Washington, D.C. 20005
202-505-1841
daniloafeliciano@gmail.com

# U.S. DISTRICT COURT
# DISTRICT OF COLUMBIA

## PRO SE CONSENT TO RECEIVE NOTICES OF ELECTRONIC FILING

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **INITIAL REQUEST:** (Check this box to begin receiving notices of electronic filing)

I understand that I waive my right to receive service of documents by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted **ONE** "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid further charges. The **ONE** "free look" will expire in 15 days from the date the notice was sent. After the **ONE** "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document or for FREE by using the public terminals at the Clerk's Office.

I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which will allow me to view, print, and download documents at any time for a nominal fee.

The e-mail address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

I understand that electronic service does not allow me to file documents electronically and does not mean that I can serve documents by e-mail. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

☐ **UPDATE TO INFORMATION:** (Check this box to make changes to your email address)

I have a new email address as indicated below.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivate electronic noticing)

I request deactivation of electronic noticing. I understand that by deactivating my account, I will begin receiving all filings via U.S. mail instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a pro se party and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. The U.S. District Court bears no liability for errors resulting from the information I have submitted on this form.*

Signature: [signature] Date: 4 September 2024

Printed Name: DANILO AUGUSTO FELICIANO Case No: 1:23-cv-03467

Home Address: 1313 New York Ave NW, Washington, DC 20005

| My Email Address is: | DANILOAFELICIANO@GMAIL.COM |
|---|---|

RETURN THE FORM VIA MAIL OR IN PERSON TO:
The Clerk's Office
U.S. District Court
333 Constitution Ave. NW, Room 1225
Washington, DC 20001

RECEIVED
SEP 04 2024
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia